# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LINCOLN DAVE LEVYS, JR.,      :   No. 33 WM 2017

         Petitioner      :

        v.      :

JOSEPH K. WILLIAMS, III,      :

         Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of June, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted).

     The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.